IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARDIS DUNN,<br>*Plaintiff*,<br><br>v.<br><br>CENERGY INTERNATIONAL SERVICES, LLC and SHELL OIL COMPANY.<br>*Defendants*. | §<br>§<br>§<br>§  CASE No. 4:17-cv-03738<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT MOTION
## FOR APPROVAL OF SETTLEMENT

On this day, the Court considered the parties' Joint Motion for Approval of Settlement. The Court has determined that the Settlement Agreement reached by the parties represents a fair, reasonable, and accurate compromise of Plaintiff's claims against Defendants for unpaid overtime compensation under the Fair Labor Standards Act. The Court therefore ORDERS that the parties' Joint Motion for Approval of Settlement is GRANTED.

The Court further ORDERS that all of Plaintiff's claims in this lawsuit against Defendants Cenergy International Services, LLC and Shell Oil Company are hereby DISMISSED with prejudice.

Signed on this 13 day of December, 2018

Honorable Gray H. Miller
United States District Judge